# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**SAMMIE BROWN**  **PLAINTIFF**
**ADC #142589**

**v.**         **CASE NO. 4:17-CV-00726 BSM**

**HUMPHREY, Former Officer,**
**Faulkner County Detention Center, et al.**         **DEFENDANTS**

## ORDER

The partial recommended disposition [Doc. No. 9] filed by United States Magistrate Judge J. Thomas Ray has been received. No objections have been filed. After careful review of the record, the partial recommended disposition is adopted in its entirety. Accordingly, plaintiff Sammie Brown is allowed to proceed on his failure to protect claim against defendants Stoby, Page, Roark, and Ward, in their individual capacities. All other claims and defendants are dismissed without prejudice. It is certified, pursuant to 28 U.S.C. section 1915(a)(3), that an *in forma pauperis* appeal taken from this order would not be in good faith.

IT IS SO ORDERED this 3rd day of April 2018.

_____
UNITED STATES DISTRICT JUDGE