# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**SAMMIE BROWN**  **PLAINTIFF**
**ADC #142589**

**v.**

**Case No. 4:17-cv-00726 BSM**

**ANDREW STUBBE, Corporal,**  **DEFENDANTS**
**Faulkner County Detention Center, et al.**

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge J. Thomas Ray [Doc. No. 34] has been received. After careful review of the record, the RD is adopted. Defendants' motion for summary judgment [Doc. No. 24] is denied.

IT IS SO ORDERED this 17th day of September 2019.

_____
UNITED STATES DISTRICT JUDGE